## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAYDEAN LANDS, LLC**<br>    *Plaintiff* | **CIVIL ACTION NO:** |
| **VERSUS** | |
| **FOREMOST INSURANCE COMPANY**<br>**GRAND RAPIDS MICHIGAN** | **JUDGE** _____ |
| *Defendant* | **MAGISTRATE** _____ |

## NOTICE OF REMOVAL AND REQUEST FOR TRIAL BY JURY

### *HURRICANE IDA LITIGATION*

NOW INTO COURT, through undersigned counsel, comes FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN (hereinafter from time to time referred to as "Foremost"), which hereby files this notice of removal of the above captioned action to the United States District Court for the Eastern District of Louisiana, from the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, where said action is now pending, as provided by Title 28 U.S.C. § 1441, et seq., and respectfully shows the following:

1.

That on November 4, 2022, Jaydean Lands, LLC, a limited liability company whose principal place of business is in Livingston Parish, Louisiana, filed in the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana a petition for damages bearing docket number 2022-0003416, Division "E", seeking to recover both contractual and extra-contractual damages and FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN as the defendant.  FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN issued a policy of insurance to the plaintiff that provided certain coverages to him.  Said policy forms the

basis of this litigation. Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan.

2.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, was provided a copy of plaintiffs' petition and citation, at the earliest, on or about November 15, 2022, as evidenced by the attached pleadings and citation. This was defendant's official notice of the lawsuit having been filed and properly served. *See* Citation, Notice, and Petition attached hereto as Exhibit "A."

3.

The action described above is a civil action of which this court has original jurisdiction under the provisions of Title 28 U.S.C. § 1332, in that it is a civil action between citizens of different states, and wherein the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

4.

Defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, is a foreign corporation organized under the laws of the State of Michigan, and incorporated in the State of Michigan, with its principal place of business located in Grand Rapids, Michigan. Therefore, it is a Citizen of Michigan for diversity purposes.

5.

The plaintiff, Jaydean Lands, LLC, a Louisiana limited liability company, according to its Petition for Damages and the Secretary of State, has its principal place of business in Livingston Parish, State of Louisiana.  It has two Member/Managers according to the Secretary of State records and those Members/Managers are domiciled in Albany, Louisiana.[1]  Therefore, it is a citizen of the State of Louisiana for diversity purposes.

6.

The amount in controversy in this action exceeds $75,000.00 exclusive of interest and costs.[2]  Plaintiff demands that defendant owes it contractual damages in excess of $63,969.29, under the terms of its Foremost insuring agreement, and further that defendant was in bad faith by not providing payment, thus, plaintiff is further claiming penalties and attorney's fees.[3]  Plaintiff's allegations that it is entitled to penalties and attorneys' fees shall be considered in ascertaining the amount in controversy.  *See St. Paul Reinsurance Co., Ltd. v. Greenberg,* 134 F.3d 1250, 1252 (5th Cir. 1998); *see also Foret v. Southern Farm Bureau Life Ins. Co.,* 918 F.2d 534, 537 (5th Cir.1990).

7.

For the foregoing reasons, this Court has jurisdiction of the subject matter of this action pursuant to 28 U.S.C. § 1332, as this action is between the citizens of different states, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

---

[1] *See* Documents from the Secretary of State attached hereto as Exhibit "B."
[2] Plaintiff's Initial Disclosures submitted on February 23, 2023 to this defendant was first notice to defendant of the amount in controversy.  Those disclosures are attached hereto as Exhibit "C."  In those disclosures, plaintiff provided estimates from a public adjuster for three separate properties involved in this litigation and those estimates indicated the three mobile homes were all total losses with available policy limits, globally, being $63,969.29.  The properties at issue are listed under a scheduled policy of insurance, which is why the claims were cumulated in this lawsuit.
[3] *Id*. and *see* Plaintiff's Petition attached hereto as Exhibit "A."

8.

This action was commenced against all parties in state court on November 4, 2022, and first notice thereof was not received by this defendant prior to November 15, 2022, when Foremost was provided a copy of the plaintiff's petition for damages. Defendant answered the suit and received from plaintiff on February 23, 2023, its initial disclosures outlining what it was demanding from defendant pursuant to multiple estimates.

9.

A copy of all process, pleadings and orders served upon defendant is being filed with this notice.

10.

Defendant will give written notice of the filing of this Notice of Removal in accordance with 28 U.S.C. § 1446 (d).

11.

A copy of this notice will be filed with the Clerk of the 21st Judicial District Court for the Parish of Tangipahoa, State of Louisiana, as is required by Title 28 U.S.C. § 1446 (d).

12.

Defendant hereby requests a trial by jury.

WHEREFORE, defendant, FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN, requests that this action proceed in this Court, as an action properly removed to it.

. . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . .

**[SIGNATURES ON THE FOLLOWING PAGE]**

Baton Rouge, Louisiana, this 24th day of March, 2023.

        Respectfully Submitted:

        **KINCHEN, WALKER, BIENVENU,**
          **BARGAS, REED & HELM, L.L.C.**
Two United Plaza, Suite 202
8550 United Plaza Boulevard
Baton Rouge, LA 70809
Phone: 225.292.6704
Fax:    225.292.6705
Direct: 225.923.7843
Email:  vbargas@kwbbrlaw.com
         bharrell@kwbbrlaw.com
         dmcknight@kwbbrlaw.com
         mlefranc@kwbbrlaw.com

BY:  /s *VALERIE BRIGGS BARGAS*
        **VALERIE BRIGGS BARGAS**
        Louisiana Bar Roll Number 27392
        **BRIAN W. HARRELL**
        Louisiana Bar Roll Number 28439
        **DEVON B. MCKNIGHT**
        Louisiana Bar Roll Number 33507
        **MAHALIE L. KYZAR**
        Louisiana Bar Roll Number 39255

*Attorneys for Foremost Insurance Company Grand Rapids Michigan*

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above and foregoing *Notice of Removal* has been electronically filed on March 24, 2023 with the Clerk of Court using the CM/ECF system. Notice of this filing will be forwarded to the following attorney via the Court's Electronic Filing System, email, facsimile and/or US Mail:

Mr. David P. Vicknair
Ms. Hope E. Hughes
SCOTT VICKNAIR, LLC
909 Poydras Street
Suite 2025
New Orleans, LA 70112
Email: david@svlaw.law
Email: hughes@svlaw.law
Fax: 1.504.226.2339

   *S/ VALERIE BRIGGS BARGAS*
**VALERIE BRIGGS BARGAS**